

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-13,444-13

### IN RE DARIUS DURON ELAM, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 380350 IN THE 232nd DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he obtained post-conviction DNA testing pursuant to Chapter 64 of the Texas Code of Criminal Procedure, that the results of such testing were returned on February 19, 2014, but that the trial court has not conducted a hearing or made findings as to whether, had the results been available during the trial of the offense, it is reasonably probable that Relator would not have been convicted of the offense, as required by Article 64.04 of the Texas Code of Criminal Procedure. Relator sought relief in the Fourteenth Court of Appeals, which denied Relator's petition for a writ of mandamus because Relator had not demonstrated that a motion for

a hearing or findings was pending in the trial court or had been presented to the trial court, or that the trial court has had reasonable time in which to rule on said motion. *In re Elam*, No. 14-14-00826-CR (Tex. App. — Houston [14th Dist.] October 20, 2014).

In these circumstances, additional facts are needed. Respondent, the District Clerk of Harris County, is ordered to file a response, which may be made by stating whether or not Relator has filed a motion for the trial court to conduct a hearing and make findings under Article 64.04 in Harris County. If Relator has filed such a motion, the response shall state the date upon which such motion was filed, and shall state whether or not the motion has been presented to the trial court, and if so, when. If Relator has filed such a motion and the motion has been presented to the trial court, the response shall state whether a hearing has been conducted and findings made. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: December 17, 2014
Do not publish